# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

**VS**                                  **CRIMINAL ACTION NO.   3:05CR-36-04-S**

**AMANDA BOURLAND**                                                **DEFENDANT**

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin (DN #217), the plea of Guilty by the Defendant to Count 1 of the Indictment is hereby accepted, and the Defendant is adjudged guilty of such offense.

As stated in the Report and Recommendation of the Magistrate Judge, **sentencing is scheduled for December 16, 2005, at 3:30 P.M.** before the undersigned.

**IT IS SO ORDERED** this 25th day of October, 2005.

Copies to:
Counsel of Record
United States Attorney
United States Probation
United States Marshal